VIOLET L. BELL et al., Respondents, *v.* GREATER NEW YORK TAXPAYERS MUTUAL INSURANCE ASSOCIATION, Appellant.

(Submitted March 22, 1934; decided April 17, 1934.)

*Irving Segal* and *Harold M. Phillips* for appellant.
*David Ray Bernstein* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.